## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR393 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MATEO JUAN-JUAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michel F. Maloney, Assistance Federal Public Defender, to withdraw as counsel for the defendant, Mateo Juan-Juan [17]. Since retained counsel, Opeolu O. Banwo [15] and Jason A. Grant [16] have entered an appearance for the defendant, the motion to withdraw [17] is granted. Michael F. Maloney shall be deemed withdrawn as attorney of record and shall forthwith provide Opeolu O. Banwo and Jason A. Grant with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 1st day of February, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge