# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR393 |
| MATEO JUAN-JUAN, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

   IT IS ORDERED that the following is set for hearing on **February 7, 2007** at **10:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Motion to Withdraw as Counsel [21]

   Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

   DATED this 6th day of February, 2007.

                              BY THE COURT:


                              s/ F.A. Gossett
                              United States Magistrate Judge